1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Allen William Koon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ALLEN WILLIAM KOON,<br><br>           Defendant. | Case No. 2:16-MJ-126-PAL<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Allen William Koon, that the Preliminary Hearing currently scheduled on April 4, 2016, be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

/ / /

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. The parties are in the process of negotiating a pre-indictment resolution. Additional time is needed to finalize the terms of the agreement.

2. The defendant is incarcerated but does not object to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 24th day of March, 2016.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLEN WILLIAM KOON,<br><br>    Defendant. | Case No. 2:16-MJ-126-PAL<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 4, 2016 at the hour of 4:00 p.m., be vacated and continued to May 5, 2016, at the hour of 4:00 p.m.

    DATED this  25th  day of March, 2016.

                                                         _____
                                                         UNITED STATES MAGISTRATE JUDGE